**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 27, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00161-CV

---

## MONIQUE & JORDAN CORCOVELOS, INDIVIDUALLY AND AS GUARDIANS AND NEXT FRIENDS OF K.C., A MINOR, Appellants

### V.

## CLEAR LAKE REGIONAL MEDICAL CENTER, Appellee

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2016-87884**

---

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order signed February 9, 2018. On November 19, 2018, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jewell